**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6821**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FERNANDO Q. LENNON,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Rebecca B. Smith, District Judge.  (CR-00-81, CA-02-28-4)

---

Submitted:  September 5, 2002          Decided:  September 10, 2002

---

Before MOTZ, KING, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Fernando Q. Lennon, Appellant Pro Se.  Matthew Woodrow Hoffman, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Fernando Q. Lennon seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Lennon has not made a substantial showing of the denial of a constitutional right. See United States v. Lennon, Nos. CR-00-81; CA-02-28-4 (E.D. Va. Apr. 19, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED